UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KEBEN LI                                                    PETITIONER

VERSUS                                    CIVIL ACTION NO. 5:26-CV-342-DCB-RPM

RAFAEL VERGARA                                              RESPONDENT

## **ORDER REQUIRING STATUS UPDATE**

This matter is before the Court *sua sponte*.  On April 16, 2026, Petitioner Keben Li filed a [1] Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his detention pending removal.[1]  At the time the petition was filed, Petitioner was an immigration detainee housed at the Adams County Correctional Center in Natchez, Mississippi.  However, according to ICE's Online Detainee Locator System, it appears Petitioner is no longer at the Adams County Correctional Center or in ICE custody.[2]  Therefore, the Court directs Respondent to respond to this Order and provide a status update.

IT IS THEREFORE ORDERED that, **on or before August 5, 2026**, Respondent shall file a response to this Order and provide a status update addressing the following: (1) whether Petitioner is currently in ICE custody and, if so, where; and (2) if Petitioner is no longer in ICE custody, whether Petitioner's habeas petition is now moot.

SO ORDERED, this the 22nd day of July 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] On August 20, 2025, an Immigration Judge ordered Petitioner to be removed from the United States to China.  [5-1].  Petitioner appealed, but the removal order became final after Petitioner withdrew his appeal.  [5-4].
[2] The Court's search involved inputting Petitioner's "A-Number" and "Country of Birth."  The Court is also aware that ICE's Online Detainee Locator System does not always guarantee accurate information.